**Larry P. PIERCE, Petitioner–Appellant,**

v.

**Dodge FREDERICK, Director, South Carolina Department of Corrections; Charles Molony Condon, Respondents–Appellees.**

No. 02–6506.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Larry P. Pierce, Appellant Pro Se. Jeffrey Alan Jacobs, Office of the Attorney General, Columbia, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Larry P. Pierce seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pierce v. Frederick,* No. CA–01–2004–0–23–BD (D.S.C. Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*